# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0352. COLEY v. THE STATE.**

The application for discretionary appeal (A17D0480) having been improvidently granted, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/21/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*